**Order entered January 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00868-CR

**JUAN GABRIEL SOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F16-12055-L**

## ORDER

The record was due November 12, 2019. When it was not filed, we notified court reporter Debi Harris by postcard dated November 20, 2019 and directed her to file the reporter's record by December 20, 2019. On December 31, 2019, Ms. Harris filed a request for extension of time until January 10, 2020. In her request, Ms. Harris notes she was the "main reporter" but that "[t]wo other reporters also took testimony." The reporter who took voir dire has not completed her portion of the record which has resulted in the request for additional time. Ms. Harris did not inform the Court of the names of the other two court reporters and our attempts to contact Ms. Harris by phone have been unsuccessful.

We **GRANT** the request to the extent we **ORDER** the complete reporter's record filed by January 21, 2020. We caution Ms. Harris that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure this appeal proceeds in a more timely fashion, which may include ordering she not sit until the complete reporter's record is filed.

/s/     BILL PEDERSEN, III
          JUSTICE